**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 280 WAL 2023

             Respondent              :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

          v.                      :

                           :

BRIAN J. BUSH,                  :

             Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.